UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CAPITOL RECORDS, INC**
**et al.,**

    **Plaintiffs,**

v.                                            Case No.: 8:04-CV-1944-T-27EAJ

**SHANNON PHILLIPS,**

    **Defendant.**
_____/

**ORDER**

This cause comes on for consideration of the following motion:

<u>Motion</u>: **Plaintiffs' Motion to Compel** (Dkt. 21).

<u>Filing Date</u>:  May 24, 2005.

<u>Disposition</u>:  **Granted**.  Plaintiffs seek an order requiring Defendant to furnish responses to Plaintiffs' First Request for Production of Documents and Plaintiffs' First Set of Interrogatories, each served on March 7, 2005.  Plaintiffs also seek an order deeming that Defendant has admitted each request for admission in Plaintiffs' First Request for Admissions, also served on March 7, 2005.[1]  Plaintiffs state that Defendant's responses to the above-mentioned discovery requests were due on or before April

---

[1] Plaintiffs correctly cite Rule 36(a), Fed.R.Civ.P., and <u>United States v. 2204 Barbara Lane</u>, 960 F.2d 126, 129 (11th Cir. 1992) for the proposition that "Federal Rule of Civil Procedure 36 expressly provides that requests for admissions are automatically deemed admitted if not answered within 30 days, and that the matters therein are 'conclusively established' unless the court on motion permits withdrawal or amendment of the admissions.  The rule is designed to expedite litigation, and it permits the party securing admissions to rely on their binding effect."

6, 2005, and that Defendant has failed to respond despite numerous requests by Plaintiffs' counsel.[2]

Defendant's response to the instant motion to compel was due on or before June 13, 2005, and as of this date, Defendant has failed to file any such response. Therefore, Defendant is deemed to have no objection to the relief Plaintiffs have requested. See Local Rule 3.01(b), M.D. Fla.

Accordingly, Defendant shall serve responses to Plaintiffs' First Request for Production and First Set of Interrogatories within twenty days of the date of this order. In addition, pursuant to Rule 36(a), Fed.R.Civ.P., Defendant is deemed to have admitted each request of Plaintiffs' First Request for Admissions. (Dkt. 21-2 at 26-33)

**DONE AND ORDERED** in Tampa, Florida on this 17th day of June 2005.

ELIZABETH A JENKINS
United States Magistrate Judge

---

[2] Plaintiffs state that the only response Defendant has thus far tendered is a letter in response to Plaintiffs' First Request for Production stating that Defendant had "nothing further to produce." However, Plaintiffs state that Defendant has yet to produce a single discovery document in this case.